## Exhibit A to the Complaint

**Location:** Natick, MA  **IP Address:** 98.118.119.154
**Total Works Infringed:** 48  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 38855DAB5C04512F270504469A360BFEFD095CFD<br>File Hash:<br>FEED9925C75F5742F0BB965BC80D7D18E5F39BBF0629330547005CEF6E5DDC97 | 05-26-2022 10:17:08 | Tushy | 01-26-2018 | 02-20-2018 | PA0002104196 |
| 2 | Info Hash: 8BA8764544F1FBE6BD82F7923A3B95017B5096D1<br>File Hash:<br>36C3CDB7883E1838A70BEF3D31D3FB40D3369B836E3C2DBD01FC0AD89C963B4C | 05-10-2022 11:00:31 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 3 | Info Hash: 74DC664A73116C0C0B382CDBBE642D320DFFD6D9<br>File Hash:<br>7F7B5F4DE6C8B348E8A4DC1AC9967A0DEE24EF761559F51F303F591CA53424B6 | 03-05-2022 11:26:40 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 4 | Info Hash: DDAB2B77A972316D79B1F4ED35F917519BAEF43C<br>File Hash:<br>ACB2D5FA773D6B24CC079D160D50D9CAB468FC023CE0AD5EF595ABB04D3A669B | 03-01-2022 10:31:17 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 5 | Info Hash: 05AABFE18D93263255405380961E28F50F609D39<br>File Hash:<br>2D6B2505A3B4CD427532B08BF32D00DB405A963C4BB6C0F40E25C239FEDD9D08 | 02-27-2022 23:09:18 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 6 | Info Hash: 90BC1535A47CE30989890995C08D94EF9FAAD6C6<br>File Hash:<br>C9580353E3167578E933552C36A4A0972A9ED46D67D52FD15C3B21C08C78971C | 02-26-2022 13:14:26 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 7 | Info Hash: 2E02D5472E4C024455FDE8BB41CFACAC21B69B8F<br>File Hash:<br>8E3E3332D3C95447A2DAC6FE86466BE3BF04699036DF64B823AA2622445ADD84 | 02-13-2022 18:01:24 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 8 | Info Hash: 91398B13F8A9800F779853A4C5FB134C59AE5780<br>File Hash:<br>37CB4080AA44A11A1A38050343489720F7421EDCD48A678DBBB6893999C060A1 | 02-05-2022 13:25:30 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 9 | Info Hash: 8CA86CDF6AFE3B09FE0090E6233DE76E4E5128F8<br>File Hash:<br>2B69EDC0E4D27000A2ED3CF9595E6D5ED63A87F3B13480A164D5CDF754B270FC | 02-01-2022 11:16:32 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 10 | Info Hash: 77D7E7408B050A86BDBAEE74F0C24A0C6515DDBD<br>File Hash:<br>B8F68A8FAF1956ABDC624AA7B473B8F3368D1698826E8EEC84E7447766DC88BA | 01-22-2022 12:11:26 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 11 | Info Hash: 44607C8D4F222D6BBA2B0FFBF698CAF5A5737D1C<br>File Hash:<br>B752747C4533C227EE373AD1AC52C3F042982DC2FE0FC7FBF104D0B0E4012D59 | 01-17-2022 12:03:31 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 23B004107AF8535D9C51DAFE6EE60295B76AE1D1<br>File Hash:<br>59484FAE2474E4B2D1B89B9FF86477F452689EB6439F8F901A55AD0F735D8476 | 01-11-2022 10:52:52 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 13 | Info Hash: 33B28D12931275CE838AC2A55075125E2EA56C6E<br>File Hash:<br>910C4DC9314F91B2665C032F9BE549CF9E44ECEB8B74C657CD68A0AD52570C80 | 01-01-2022 10:27:50 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 14 | Info Hash: 1311E48A83FAFED5560E941F830DB7BBBDE7E4AD<br>File Hash:<br>12178EBF9EED0C8A5741B1CF4FACCA946B2B5EA71C9C938564D222125BCC2568 | 12-29-2021 10:05:15 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 15 | Info Hash: 7EF66A76AA6A600EE46CBDAFB9E1754D7DF2FE87<br>File Hash:<br>2C70EA515623A5DCD727673AC51832320EACD0B09283D933562658CCA34B81E7 | 12-27-2021 10:42:37 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 16 | Info Hash: 03624A42E7C4541CD8CC2539A5110FA6F71F3AF5<br>File Hash:<br>509BB3BAA1EB34503E5FB225866E2BEC5F10886EE84B772407E4B0DBF0A17F8F | 12-18-2021 11:41:02 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 17 | Info Hash: A8DFF6D7149CD314610BAA141E92F1DE86D75388<br>File Hash:<br>A29ABF46CA2EB011F69BD6774B3189B282EAF39F5D0D8C4C0B3EF34388E71F94 | 12-17-2021 10:35:56 | Tushy | 08-24-2019 | 09-17-2019 | PA0002216213 |
| 18 | Info Hash: 8C47B1AB3A86D2C8A280CAF55745521B3A0FC1B4<br>File Hash:<br>D8470CA5A726257110D067A6F5C832D0BF12A2FBD1F6749C77671017CCE7EC6F | 12-17-2021 10:34:16 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |
| 19 | Info Hash: A6941D71964F920DAB80C2F05AA8D9281D10F2B5<br>File Hash:<br>390EF9FF2DC9D8DBC5BC627E953BCDD7C80E58B56B2E4B2A14054EFD1335F781 | 12-10-2021 10:26:43 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 20 | Info Hash: AB1D61C81CCE17D306CEAA78B01B094C3ADC2072<br>File Hash:<br>159CF56147074EDB71A20C5B33D59FA88D8282ED3A6A6AAD6B21602EAC82268B | 11-13-2021 10:57:29 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 21 | Info Hash: FDE3ABDBAF06666E82AEF4D1B4C25F7CD6F269D1<br>File Hash:<br>30EFC55B5806F3CB946850AA762F556FEDBDD29552A2E4AB46A713A2A62DD00D | 11-12-2021 10:42:48 | Vixen | 05-04-2018 | 06-19-2018 | PA0002126680 |
| 22 | Info Hash: EA7F591DB3FE402397D5EA6946BCF840A522DFE4<br>File Hash:<br>5A612D68C3D589787FCA9074C4A45420268C88B85C9DD5557240744B9E38F369 | 11-11-2021 11:24:06 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 23 | Info Hash: 300D83433066B9441ADD6AC4AB50F625C8E53893<br>File Hash:<br>2A3FDDF1CFD35AC056447B95BB4772F1CFA07AF0F4648F2F2C8984400D300E12 | 11-07-2021 10:07:01 | Blacked Raw | 02-21-2018 | 03-02-2018 | PA0002104741 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9B603A22B0A58F8A1B2C1F87DA7985CA710A70B1<br>File Hash: 7E2FA0FE84F0E7D6E46F50E31774958463E464DD80469A17DCBC59BAE45278C2 | 11-07-2021 10:06:12 | Tushy | 01-06-2018 | 01-24-2018 | PA0002101756 |
| 25 | Info Hash: 31AC054A759E38F219AE3AF7B2C3B503018BBFF9<br>File Hash: FC034A888BFA74A2EDD5C365611CCF061234797D245CCA6EF32B0D28F521BD1B | 11-02-2021 01:01:03 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 26 | Info Hash: B3BF9504ADC518C52D4DBC938DB036F62628594B<br>File Hash: D94CE57E9284FD7AE5676C5F1B2D1F263BB8D0AD9F8A160283B22EC8B291778C | 10-31-2021 00:42:35 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 27 | Info Hash: A90390378BF533BA84C7D68E99F0BE2A8A5E7A41<br>File Hash: A891D1251E82DE09F974C93FF366E16235FE4973C9A0776BF294A053413130C9 | 10-30-2021 00:51:38 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 28 | Info Hash: A4926371525D010C56ACB6623F8DA0927752A802<br>File Hash: D2E9CEB2F9610FE85C29B93161DF40D494FF9F7F543039F89B52082514B95F06 | 10-23-2021 09:12:45 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 29 | Info Hash: 82197195C9044A795112F1E0235185FC91391861<br>File Hash: 13754D613698A3BDD07376790C0AEB746D192CC3579D4F73BD5AFB7D692F8B86 | 10-15-2021 10:37:27 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 30 | Info Hash: 8C71D14134FDA113F9B49B3F1332211330AD470F<br>File Hash: 9EBA2384428EACC826E52B319A23B522404D04ACB4F020DE2983B57D3F5C788F | 10-12-2021 10:42:31 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 31 | Info Hash: 594E21AEAA1B6ACD7602AF8F2C91DC7E0C33A3CC<br>File Hash: 7E865F9F1249FD9A426A9A4ED83E532501753F268F38079288B128077B579C7F | 09-26-2021 09:49:57 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 32 | Info Hash: 44B70D34E51ED6C61BF68DBC4CA2C8E9F733A1D0<br>File Hash: 86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 09-14-2021 10:16:32 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 33 | Info Hash: 229E5A525032B18355DBAE5EB3ED56670C282AB5<br>File Hash: 6F985E236F021F87816B1CCB2DEA7662BA01B0BFD625CF0815EF69E73F6F7EE8 | 09-08-2021 09:56:31 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 34 | Info Hash: 5143001E64B720F5AC774760031A3DF4EA4BAA9B<br>File Hash: 1796D94D891EAAF1225A4D224E12787274F5269207BA303C24E84A1546ECCD15 | 09-05-2021 11:36:04 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 35 | Info Hash: 447EC29B1706517236E4568B9F761EEF20209795<br>File Hash: 255A70A91C9B92E5D25A169771C3703A59CFB7CCA6B79E76DE89A0DA53AC410A | 08-16-2021 09:13:51 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DD562D194AAD7E69785827064F28CFD95D3B1365<br>File Hash: 4662DDB80A158B410863AB0836C346F653ABD827C1F92E52C2F3186280F760B7 | 08-13-2021 23:42:57 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 37 | Info Hash: 3E7379D35240403CF73CD88536BB564781BD4D7B<br>File Hash: 33AD18C9185D75F7472287DA7EC23C010070FFDD896D9202ABCEA093E304885E | 08-02-2021 10:26:33 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 38 | Info Hash: 35DBA0F95BCB2F47F7C07628ED82AC5BAF8DBFA9<br>File Hash: 23DE6C5CDEE264724ADAF90B3F2B0985DEACBE266063E343A54196BE58FF4EF6 | 08-01-2021 10:48:10 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 39 | Info Hash: CC156C5F5017F86D9321E7D52BDDB864DFB341CF<br>File Hash: E6F0A6218EA941D3BDF93DD91A185E7AF2C4348E60B0592C4BB40BA53BB9D2C4 | 07-20-2021 23:16:19 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 40 | Info Hash: 7F5421A1DFD0A85A6703EE140BFC1FB3BCEC7573<br>File Hash: 3E17496015D296C2893556FF97230AADD8FE444E9B6F1AB3A0C1A1FD5A8DDCF3 | 07-20-2021 10:05:50 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 41 | Info Hash: 92C9C7EB649E57C73939F5EA533893DB7C4DD5AF<br>File Hash: A141D092DB8676DF29BCC41FC8407E7AB85BE7FAA86C640D406BA98CA52CB631 | 07-16-2021 23:01:24 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 42 | Info Hash: C7D8F29CFF443FF6C87B941BA9E40611662A90C8<br>File Hash: 7DF3D8FD85D4329335D3FCF2C83323B3056C9860415300E9949604F2FBE5A75B | 07-13-2021 23:03:22 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 43 | Info Hash: EE336291CD0DC2CE7278168F94E9BA7006B31823<br>File Hash: 117EB7A1966D88458C6860192161CDE74D82E1D7E10588521898FF3D5E55AD8B | 07-07-2021 10:42:06 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 44 | Info Hash: E0B20E42B6ECABFDCC071E01A7A5DFC7191FD148<br>File Hash: 47A58E9EA4818ABA18069A293DD75C581BBBA9A5311CB3FAAB4B4B92B0E70A9F | 07-06-2021 10:17:10 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 45 | Info Hash: B154777657CCE3782CB0E7E8307E5E6CABBC00B6<br>File Hash: 07B89DCCCAB56FE8553229B3CCCE4FC5A7DCDE5338E9FEF0C5B3DB987BDBD7C2 | 07-04-2021 10:31:33 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 46 | Info Hash: F5AA67722B493640D97A7A85CE7C455EDE673052<br>File Hash: 9911ECE161B76E06AFB4C6DA9AE28CC3C4FDC0599A4CC0038108ED95466F909E | 07-03-2021 10:10:35 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 47 | Info Hash: BF4FB4E58335197B3903524F70FA3D137FCA6C74<br>File Hash: 1387A4F1E4716457B4EDB0591DA1765CD020CC0233DF333B0F73FE391E4C8A1C | 06-29-2021 21:51:08 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: A573A08EDEF2D3EE5847928E469ECF06D79FDBD7<br>File Hash:<br>3FCC8A46D372F37CCDA9018DBD6182A4A5DB97C0646AABAA478838DF15D40CB3 | 06-15-2021 21:31:50 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |